UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: A. Benjamin Goldgar
Hearing Date: May 14, 2012

Bankruptcy Case: No. 10 B 12257
Adversary:

Howard Leventhal & Malgorzata Kubiak-Leventhal

**Brief Statement of Motion**

Order denying motion to amend and vacate order reopening case (Dkt. No. 113)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, the motion of debtor Howard Leventhal to amend and vacate order reopening this chapter 7 case is denied.

*/s/ A. Benjamin Goldgar*