**United States Bankruptcy Court, Northern District of Illinois Eastern Division**

| In Re: Leventhal | |
|---|---|
| | Case No. **10-12257** |
| | Judge Goldgar |

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*
*JAN 16 2014*
*KENNETH S. GARDNER, CLERK*
*PS REP. - MBM*

## MEMORANDUM OF EXHIBITS

NOW COMES THE MOVANT/DEBTOR Howard E. Leventhal, hereby filing and submitting the attached exhibits in support of Doc. No. 116 in this matter, debtors' Motion to Reopen and for other relief. These instant exhibits are evidence of Schenberg's illegal violation of the Bankruptcy Discharge Injunction, to wit: Citation to Discover Assets against Malgorzata Kubiak filed in Cook County Circuit Court by Richard F. Huck III, Gene Schenberg and Sami Azhari.

RESPECTFULLY SUBMITTED

_____
Howard Leventhal

(Rev. 12/4/00) CCG 0005 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Gene Schenberg

v.

Howard Leventhal

No. 2013 L 050649

### CITATION TO DISCOVER ASSETS

To: Malgorzata Kubiak

YOU ARE COMMANDED to appear before Judge White _____ or any judge sitting in his/her stead in Room 2503 at the location of 50 W. Washington, Chicago Illinois, on _____, 2014, at _____ m. to be examined under oath to discover assets or income not exempt from enforcement of a judgment. A judgment in favor of Gene Schenberg and against Howard Leventhal was entered on July 8, 2013 (or revived on _____, _____) in the amount of $ 271,895.17 and $ 271,895.17 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:
See attached Rider

and all books, papers or records in you possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY (OR NON - ATTORNEY)

NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the Circuit Court of Cook County (or other Jurisdiction _____) on _____, _____,
(specify)
A judgment in the amount of $ 271,895.17 was entered in favor of Gene Schenberg and against Howard Leventhal in Case No. 2013 L 050649 and a balance of $ 271,895.17 remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information stated herein is true.

Atty. No.: 44571
Name: Sami Azhari
Address: 3601 Algonquin Road, Suite 716
City/State/Zip: Rolling Meadows, Illinois 60008
Telephone: (847) 255-2100

(Signature of Attorney)

WITNESS: _____

Clerk of the Circuit Court

(SEAL)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 12/4/00) CCG 0005 B

_____ on oath states:

I am over 18 years of age and not a party to this case. I served the Citation To Discover Assets as follows:

on _____ by leaving a copy with him/her personally on _____, _____,

at the hour of _____ m., at _____ Street, in _____, Illinois.

or

on _____ by leaving on _____, _____, at the hour of _____ m.,

at _____ Street, in _____, Illinois, his/her usual place of abode

with, _____ a person of his/her family of the age of 13 or upwards informing that person

of the contents of the Citation to Discover Assets, and also by sending on a true and correct copy on

_____, _____, by prepaid Registered Mail, addressed to him/her; Return Receipt Requested, delivery limited to addressee only. The registry receipt signed by addressee on

_____, _____, is attached.

(attach receipt here)

_____

**Signed and sworn to before me on this _____

day of _____, _____

_____
Notary Public

**If service is made by sheriff, return may be made by certificate rather than by sworn affidavit.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
00101903 Law-01      12/27/2013 11:53AM
ATTY: 44571    017 ALANH
AD DAMNUM:              $271.895.00
CASE NO: 2013L050649      CALENDAR: 5
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $80.00
Cit to Discover 3                 $80.00
CHECK NO: 0000
CHECK AMOUNT:                    $160.00
CHANGE                             $0.00
TRANSACTION TOTAL:               $160.00
```

Citation Notice                                                          (Rev. 10/24/05) CCG 0648 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### Law ~~MUNICIPAL~~ DEPARTMENT, FIRST DISTRICT

- ☑ Richard J. Daley Center, Room 601, Chicago, IL 60602
- ☐ District 2: 5600 Old Orchard Rd., Skokie, IL 60077
- ☐ District 3: 2121 Euclid, Rolling Meadows, IL 60008
- ☐ District 4: 1500 Maybrook Dr., Maywood, IL 60153
- ☐ District 5: 10220 S. 76th Ave., Bridgeview, IL 60455
- ☐ District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426.

### CITATION NOTICE

2270

Gene Schenberg

**Judgment Creditor**

v.

Howard Leventhal

**Judgment Debtor**

No. 2013 L 050649

Court Date: _____

Time: _____  a.m. / p.m.

(stamp: 2013 DEC 27 AM 11:48 DOROTHY BROWN CLERK OF CIRCUIT COURT LAW DIVISION)

**Judgment Debtor's last known:**

Name: Howard Leventhal

Address: 21720 W. Long Grove Road

City/State/Zip: Deer Park, Illinois 60010

Telephone: (847) 533-0541

A judgment in favor of Gene Schenberg and against Howard Leventhal

was entered on July 8, 2013, (or revived on _____, _____)

in the amount of $ 271,895.17 and $ 271,895.17 remains unsatisfied.

Name and address of Attorney for Judgment Creditor or Judgment Creditor (if without an attorney):

Atty. No.: 44571

Name: Sami Azhari

Atty. for: Plaintiff

Address: 3601 Algonquin Road, Suite 716

City/State/Zip: Rolling Meadows, Illinois 60008

Telephone: (847) 255-2100

Name of person to receive Citation: Malgorzata Kubiak, 5687 Rosos Pkwy, Long Grove, Illinois 60047

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

**The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.** (see reverse)

C.C. YS

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 10/24/05) CCG 0648 B

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
(13) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the Circuit Court in Room 601

50 W. Washington                Chicago           , Illinois. When so notified, the Clerk of the Circuit Court
Street                          City

will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

**This notice may be sent to the judgment debtor by regular first class mail.**

**CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that s/he mailed by regular first-class mail a copy of the citation notice and this citation to defendant at the address shown below upon filing of the citation or within three business days of service if served upon Third Party Respondent.

Signature: _____  Name: _____

(PLEASE PRINT)
Preparing Atty's No.: 44571
Preparing Atty's Name: Sami Azhari
Atty. for: Plaintiff
Address: 3601 Algonquin Road, Suite 716
City/State/Zip: Rolling Meadows, Illinois 60008
Telephone: (847) 255-2100

_____
Preparer's Signature

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**